# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Justin Bernard Douglas ) | Case No: 1:07-cr-00294-KD-C |
| ) | USM No: 10037-003 |
| Date of Original Judgment: 03/04/2008 ) | |
| Date of Previous Amended Judgment: ) | pro se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  78  months **is reduced to**  51 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**
If this sentence is less than the amount of time the defendant has already served (taking into account any credit for satisfactory behavior that the defendant has received), the sentence is reduced to a "time served" sentence.

Except as otherwise provided, all provisions of the judgment dated  03/04/2008  shall remain in effect.
**IT IS SO ORDERED**.

| | | |
|---|---|---|
| Order Date: | 11/18/2011 | /s/ Kristi K. DuBose |
| | | *Judge's signature* |
| Effective Date: | 11/29/2011 | Kristi K. DuBose, United States District Judge |
| | *(if different from order date)* | *Printed name and title* |